## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JEFFREY JON PEVEHOUSE,                    )
                                          )
    Petitioner,                       )
                                          )
v.                                        )          CIV-06-653-R
                                          )
JOSEPH SCIBANA,                           )
                                          )
    Respondent.                       )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate

Judge Gary M. Purcell entered July 10, 2006.  On July 11, Petitioner filed a "Motion to Cure

Deficiency" which the Court denied by Order entered July 24, 2006 [Doc. No. 11].  In that

Order, the Court specifically noted that Petitioner's "Motion to Cure Deficiency" did not

address the Magistrate Judge's conclusions in his Report and Recommendation but that

Petitioner had until July 31, 2006 in which to object to the Report and Recommendation.  No

objection to the Report and Recommendation has been filed nor has an extension of time in

which to object been sought or granted.  Therefore, the Report and Recommendation entered

July 10, 2006 [Doc. No. 9] is ADOPTED in its entirety and the petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2241 herein is DISMISSED without prejudice for lack of

jurisdiction.

    It is so ordered this 16th day of August, 2006.


_David L. Russell_

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE